## UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOUNDBUILT NORTHWEST, LLC; a Washington limited liability company; and GARY RACCA, a single man,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KELLY WEST, a single woman,<br><br>　　　　　　　Defendant. | Case No. C10-5044 RBL<br><br>**WAIVER OF THE SERVICE OF SUMMONS** |

To: PAUL E. BRAIN, Counsel for Plaintiffs

　　I have received your request to waive service of a Summons in this action along with a copy of the Complaint, two copies of this Waiver form, and a prepaid means of returning one signed copy of the Waiver form to you.

　　I agree to save the expense of serving a Summons and Complaint in this case.

　　I understand that I will keep all defenses or objections to the lawsuit, this Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a Summons or of service.

　　I also understand that I must file and serve an Answer or a Motion under Rule 12 within 60 days from January 26, 2010, the date when this request was sent. If I fail to do so, a Default Judgment will be entered against me.

Date: 02/24/2010

Signed: Kelly Ann West
Name Printed: Kelly Ann West
Address: 816 B Carmen Drive
Mount Shasta CA 96067
Email Address: KellyWestRealtor@aol.com
Telephone Number: 530 866-5133
Add Email: kellywest03@gmail.com