The Honorable Ronald B. Leighton

10-CV-05044-NTC

FILED ____ LODGED
____ RECEIVED
FEB 2 5 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SOUNDBUILT NORTHWEST, LLC; a Washington limited liability company; and GARY RACCA, a single man,

Plaintiffs,

v.

KELLY WEST, a single woman,

Defendant.

Case No. C10-5044 RBL

**NOTICE OF WITHDRAWAL AND SUBTITUTION OF COUNSEL**
[CLERK'S ACTION REQUIRED]



ORIGINAL

TO:  THE CLERK OF THE COURT;

AND TO:  ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE THAT Smith Alling Lane P.S. hereby withdraws as counsel for Plaintiffs in the above-captioned matter, and consents to the substitution of PAUL E. BRAIN, of BRAIN LAW FIRM PLLC. All future papers, pleadings and correspondence, except original service, should be directed to Mr. Brain at the following address:

> Paul E. Brain
> BRAIN LAW FIRM PLLC
> 1119 Pacific Avenue, Suite 1200
> Tacoma, WA 98402
> Tel: 253-327-1019
> Fax: 253-327-1021
> Email: pbrain@paulbrainlaw.com

This Notice of Withdrawal and Substitution of Counsel is effectively immediately, without further notice.

DATED this 23rd day of February, 2010.

| Withdrawing Attorney: | Substituting Attorney: |
|---|---|
| SMITH ALLING LANE P.S. | BRAIN LAW FIRM PLLC |
| By: _____ | By: _____ |
| Paul E. Brain, WSBA #13438 | Paul E. Brain, WSBA #13438 |

NOTICE OF WITHDRAWAL AND SUBTITUTION OF
COUNSEL – Page 2

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

Pursuant to RCW 9A.72.085, I hereby certify that on the 24th day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Defendant Kelly West
816 A Carmen Drive
Mount Shasta, CA 96067

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 24th day of February, 2010, at Tacoma, Washington.

_____
Paul E. Brain, WSBA #13438
Brain Law Firm PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Tel: 253-327-1019
Fax: 253-327-1021
Email: pbrain@paulbrainlaw.com